# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE STEWART, | CASE NO. 1:11-cv-02020-GBC (PC) |
| Plaintiff, | ORDER TO SHOW CAUSE RE PETITIONER'S FAILURE TO RESPOND TO THE COURT'S ORDER REGARDING CONSENT OR REQUEST FOR REASSIGNMENT |
| v. | |
| MATTHEW CATE, et al., | (Doc. 3) |
| Defendants. | RESPONSE DUE IN 30 DAYS |

On December 7, 2011, the Court issued an Order Re Consent or Request for Reassignment, requiring Plaintiff to complete and return the form within thirty (30) days, indicating either consent to the jurisdiction of the U.S. Magistrate Judge, or requesting that the case be reassigned to a U.S. District Judge. The thirty (30)-day period has expired, and petitioner has not returned the form, or otherwise responded to the court's order.

Local Rule 110 provides that "failure of counsel or of a party to comply with these [Local] Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court." Such sanctions can include dismissal of this action. *See In re Phenylpropanolamine (PPA) Products Liability Litigation*, 460 F.3d 1217, 1226-27 (9th Cir. 2006).

///

///

///

Based on the foregoing, it is HEREBY ORDERED that within **thirty (30) days** from the date of service of this order, petitioner shall complete and return the Order Re Consent or Request for Reassignment, a copy of which is attached hereto, or show cause, in writing, why this action should not be dismissed for petitioner's failure to obey a court order.

IT IS SO ORDERED.

Dated:   January 18, 2012

UNITED STATES MAGISTRATE JUDGE